| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 10/5/2022 |
| **KEVIN YAN LUIS,** *on behalf of himself and all others similarly situated*,<br><br>                               **Plaintiff,**<br><br>                              -against-<br><br>**FGX INTERNATIONAL, INC.,**<br><br>                              **Defendant.** | **22-cv-3811 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    October 5, 2022
               New York, New York

                                                                **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**